# EXHIBIT 1



THE COORDINATING CENTER
INSPIRED SOLUTIONS

## CASE MANAGER PROVIDER
## SUBCONTRACTOR AGREEMENT

This agreement (the "Subcontract") is made by and between The Coordinating Center and the Medicalincs LLC and is effective as of the last date indicated on the executing signatures.

**WHEREAS**, TCC has been selected to render statewide medical Case Management services to Participants of the Maryland Department of Health Division of Children's Services ("MDH"), Rare and Expensive Case Management program (REM), a case managed fee for  service alternative to HealthChoice Managed Care Organization participation for recipients with specified rare and expensive conditions as referenced in the award letter from MDH dated December 6, 2019 to The Coordinating Center and pursuant to the amended REM Case Manager Provider Solicitation dated September 23, 2019 ("Solicitation");

**WHEREAS**, The goals of the REM Program are to facilitate access to quality health care, to promote coordination of services in the most effective manner, and to optimize the REM Participant's functional ability and well-being;

**WHEREAS**, MDH requires Contractor to subcontract 10% of the Case Management Services on an annual basis to one (1) or more Minority Business Enterprise, certified by the Maryland Department of Transportation (MBE);

**WHEREAS**, Subcontractor has demonstrated expertise in case management and is a Maryland Minority Business Enterprise (MBE);

**WHEREAS**, Contractor wishes to engage Subcontractor to perform case management services and assume certain responsibilities in support of the REM Program, up to 8% of total revenue for the Contractor for Case Management Services on annual basis;

In consideration of the promises and the covenants herein contained, the adequacy and sufficiency of which is duly acknowledged by the parties, the parties agree as follows:

**1.    Definitions**

In this Subcontract, the following words have the meanings indicated:

1.1   "COMAR" means Code of Maryland Regulations.

1.2    "Contract" means the agreement between The Coordinating Center and the State of

1

Maryland, acting through the Maryland Department of Health, for the REM program.

1.3   "Contractor's Subcontract Monitor" means the following TCC employee identified as the Subcontract Monitor: Celinda Carr, REM Program Director, ccarr@coordinatingcenter.org, 410-987-1048.

1.4   "Contractor" means The Coordinating Center whose principal business address is 8531 Veteran's Highway, Third Floor, Millersville, MD 21108 and whose principal office in Maryland is 8531 Veteran's Highway, Third Floor, Millersville, MD 21108.

1.5   "Department" means the Maryland Department of Health.

1.6   "Solicitation" means the Case Management Provider Solicitation dated September 23, 2019, and any addenda thereto issued in writing by the State.

1.7   "State" means the State of Maryland.

1.8   "Subcontractor" means Medicalincs LLC whose principal business address is 8757 Georgia Avenue, Suite 440, Silver Spring, Maryland, 20910.

**2.    Scope of Subcontract**

2.1   The Subcontractor shall provide deliverables, programs, goods, and services specific to the Contract for the REM Case Management Solicitation awarded in accordance with Exhibits 1 and 2 listed below and incorporated as part of this Subcontract. If there is any conflict between this Subcontract and the Exhibits, the terms of the Subcontract shall govern. If there is any conflict among the Exhibits, the following order of precedence shall determine the prevailing provision:
Exhibit 1 – Statement of Work
Exhibit 2 – Compensation
Exhibit 3 – Solicitation – REM Case Manager Provider Solicitation

2.2   The Subcontract may be modified by mutual agreement of the parties, provided: (a) the modification is made in writing; and (b) all parties sign the modification.

**3.    Period of Performance.**

3.1   The term of this Subcontract begins on the effective date. The Subcontractor shall provide services under this Subcontract as of the Go-Live date contained in the written Notice to Proceed from the State to the Contractor. From this Go-Live date, the Subcontract shall be for a period of three  (3) years. Upon successful completion of period of performance, Contractor may renew this Subcontract for up to two (2)  one-year option periods.

3. 2   Subcontractor understands that the continuation of this Agreement is subject to and contingent upon sufficient funds being appropriated, budgeted, and otherwise made available by the State legislature and/or federal sources. Contractor may terminate this Agreement and the

2

Subcontractor waives any and all claim(s) for damages, effective immediately upon receipt of written notice (or any date specified therein) if for any reason the funding from State and/or federal sources is not appropriated or is withdrawn, limited or impaired.

3.3     Audit, confidentiality, document retention, and indemnification obligations under this Contract shall survive expiration or termination of the Subcontract.

**4.      Consideration and Payment**

4.1     In consideration of the satisfactory performance of the work set forth in this Subcontract, the Contractor shall pay the Subcontractor in accordance with the terms of this Subcontract, including Exhibits 1 and 2.

4.2     Subcontractor shall pay Contractor in accordance with Exhibit 2, Table 2.

**5.      Rights to Records and Other Property**

5.1     The Subcontractor agrees that all documents and materials including, but not limited to, software, reports, drawings, studies, specifications, estimates, tests, maps, photographs, designs, graphics, mechanical, artwork, computations, and data prepared by the Subcontractor for purposes of this Subcontract shall be the sole property of the State and shall be available to the State at any time. The State shall have the right to use the same without restriction and without compensation to the Subcontractor other than that specifically provided by this Subcontract.

5.2     The Subcontractor agrees that at all times during the term of this Subcontract and thereafter, works created as a deliverable under this Subcontract, and services performed under this Subcontract shall be "works made for hire" as that term is interpreted under U.S. copyright law. To the extent that any products created as a deliverable under this Subcontract are not works made for hire for the State, the Subcontractor hereby relinquishes, transfers, and assigns to the State all of its rights, title, and interest (including all intellectual property rights) to all such products created under this Subcontract, and will cooperate reasonably with the State in effectuating and registering any necessary assignments.

5.3     The Subcontractor shall report to the Contractor, promptly and in written detail, each notice or claim of copyright infringement received by the Subcontractor with respect to all data delivered under this Subcontract.

5.4     The Subcontractor shall not affix any restrictive markings upon any data, documentation, or other materials provided to the Contractor hereunder and if such markings are affixed, the State shall have the right at any time to modify, remove, obliterate, or ignore such warnings.

5.5     Upon termination of the Subcontract, the Subcontractor, at its own expense, shall deliver any equipment, software or other property provided by the Contractor to the place designated by the Contractor.

**6.      Exclusive Use**

6.1      The State shall have the exclusive right to use, duplicate, and disclose any data, information, documents, records, or results, in whole or in part, in any manner for any purpose whatsoever, that may be created or generated by the Subcontractor in connection with this Subcontract. If any material, including software, is capable of being copyrighted, the State shall be the copyright owner and Subcontractor may copyright material connected with this project only with the express written approval of the State.

6.2      Except as may otherwise be set forth in this Subcontract, Subcontractor shall not use, sell, sub-lease, assign, give, or otherwise transfer to any third party any other information or material provided to Subcontractor by the Contractor or State or developed by Subcontractor relating to the Subcontract, except that Subcontractor may provide said information to any of its officers, employees and subcontractors who Subcontractor requires to have said information for fulfillment of Subcontractor's obligations hereunder. Each officer, employee and/or subcontractor to whom any of the Department's confidential information is to be disclosed shall be advised by Subcontractor of and bound by confidentiality and intellectual property terms substantively equivalent to those of this Subcontract.

**7.      Patents, Copyrights, and Intellectual Property**

7.1      If the Subcontractor furnishes any design, device, material, process, or other item, which is covered by a patent, trademark or service mark, or copyright or which is proprietary to, or a trade secret of, another, the Subcontractor shall obtain the necessary permission or license to permit the Contractor or State to use such item or items.

7.2      The Subcontractor will defend or settle, at its own expense, any claim or suit against the Contractor or State alleging that any such item furnished by the Subcontractor infringes any patent, trademark, service mark, copyright, or trade secret. If a third party claims that a product infringes that party's patent, trademark, service mark, trade secret, or copyright, the Subcontractor will defend the Contractor or State against that claim at Subcontractor's expense and will pay all damages, costs, and attorneys' fees that a court finally awards, provided the Contractor or State: (a) promptly notifies the Subcontractor in writing of the claim; and (b) allows Subcontractor to control and cooperates with Subcontractor in, the defense and any related settlement negotiations. The obligations of this paragraph are in addition to those stated in Section 7.3.

7.3      If any products furnished by the Subcontractor become, or in the Subcontractor's opinion are likely to become, the subject of a claim of infringement, the Subcontractor will, at its option and expense: (a) procure for the Contractor or State the right to continue using the applicable item; (b) replace the product with a non-infringing product substantially complying with the item's specifications; or (c) modify the item so that it becomes non-infringing and performs in a substantially similar manner to the original item.

4

**8.** **Confidential or Proprietary Information and Documentation**

8.1     "Confidential Information" means all information provided by Subcontractor or Contractor or developed by Subcontractor or Contractor in the course of performance hereunder including but not limited to analyses, pro formas, and reports. Confidential Information includes not only written information, but information transmitted verbally, visually, electronically, and digitally, as well as copies, abstracts, summaries, or analyses of such information prepared by or for Contractor. Subcontractor and Contractor agree that Confidential Information does not include information: (a) that was generally known to the public at the time it was disclosed, other than as the result of a disclosure by a party hereto; (b) that was actually known to a party hereto prior to its receipt under this Subcontract; or (c) that becomes generally known or available to the public, other than by an act or omission on the part of either party hereto. Each party agrees that it shall: (i) use the Confidential Information of any other party solely for the purpose of performance hereunder; and (ii) use its best efforts to maintain all such Confidential Information learned in connection with this Subcontract as strictly confidential. Subcontractor acknowledges that Contractor has and shall retain exclusive ownership, control, and use over information provided or disclosed by Contractor that is proprietary, owned, copyrighted, or created by Contractor.

8.2     This Section 8 shall survive expiration or termination of this Subcontract.

**9.** **Loss of Data**

In the event of loss of any Contractor or State data or records where such loss is due to the intentional act or omission or negligence of the Subcontractor or any of its subcontractors or agents, the Subcontractor shall be responsible for recreating such lost data in the manner and on the schedule set by the Contractor. The Subcontractor shall ensure that all data is backed up and recoverable by the Subcontractor. Subcontractor shall use its best efforts to assure that at no time shall any actions undertaken by the Subcontractor under this Subcontract (or any failures to act when Subcontractor has a duty to act) damage or create any vulnerabilities in data bases, systems, platforms, and/or applications with which the Subcontractor is working hereunder.

**10.** **Indemnification; Insurance**

10.1    The Subcontractor shall hold harmless and indemnify the Contractor from and against any and all losses, damages, claims, suits, actions, liabilities, and/or expenses, including, without limitation, attorneys' fees and disbursements of any character that arise from, are in connection with or are attributable to the performance or nonperformance of the subcontractor under this Subcontract.

10.2    This indemnification clause shall not be construed to mean that the Subcontractor shall indemnify the Contractor against liability for any losses, damages, claims, suits, actions, liabilities, and/or expenses that are attributable to the sole negligence of the Contractor or its employees.

5

10.3    The Contractor has no obligation to provide legal counsel or defense to the Subcontractor in the event that a suit, claim, or action of any character is brought by any person not party to this Subcontract against the Subcontractor as a result of or relating to the Subcontractor's performance under this Subcontract.

10.4    The Contractor has no obligation for the payment of any judgments or the settlement of any claims against the Subcontractor as a result of or relating to the Subcontractor's performance under this Subcontract.

10.5    The Subcontractor shall immediately notify the Contractor of any claim or lawsuit made or filed against the Subcontractor regarding any matter resulting from, or relating to, the Subcontractor's obligations under the Subcontract, and will cooperate, assist, and consult with the Contractor in the defense or investigation of any claim, lawsuit, or action made or filed against the Contractor as a result of, or relating to, the Subcontractor's performance under this Subcontract.

10.6    The Subcontractor shall obtain and maintain, at its sole cost and expense, professional liability and comprehensive general liability insurance in an amount not less than $1,000,000 per claim and $3,000,000 in the aggregate.  At the request of a party, the other party shall furnish a certificate of insurance, and a party shall notify the other party thirty (30) days prior to any material change or termination in insurance coverage.

10.7    This Section 10 shall survive termination of this Subcontract.

**11.    Non-Hiring of Employees**

11.1    No employee of the Contractor (or Subcontractor) whose duties as such employee include matters relating to or affecting the subject matter of this Subcontract, shall, during the pendency and term of this Subcontract, and for one (1) year after termination, cancellation, or expiration, and while serving as an employee of the Contractor, become or be an employee of the Subcontractor on this Subcontract, unless approved by Contractor (or Subcontractor) in a signed writing.

**12.    Maryland Law**

12.1    This Subcontract shall be construed, interpreted, and enforced according to the laws of the State of Maryland.

12.2    Any and all references to the MD Code, Annotated contained in this Contract shall be construed to refer to such Code sections as are from time to time amended.

**13.    Nondiscrimination in Employment**

The Subcontractor agrees: (a) not to discriminate in any manner against an employee or applicant for employment because of race, color, religion, creed, age, sex, sexual orientation, gender identification, marital status, national origin, ancestry, genetic information, or any

6

otherwise unlawful use of characteristics, or disability of a qualified individual with a disability unrelated in nature and extent so as to reasonably preclude the performance of the employment, or the individual's refusal to submit to a genetic test or make available the results of a genetic test; (b) to include a provision similar to that contained in subsection (a), above, in any underlying subcontract except a subcontract for standard commercial supplies or raw materials; and (c) to post and to cause subcontractors to post in conspicuous places available to employees and applicants for employment, notices setting forth the substance of this clause.

**14.    Non-Availability of Funding**

If the General Assembly fails to appropriate funds or if funds are not otherwise made available for continued performance for any fiscal period of the Contract succeeding the first fiscal period, this Subcontract shall be canceled automatically as of the beginning of the fiscal year for which funds were not appropriated or otherwise made available; provided, however, that this will not affect either the Contractor's or the Subcontractor's rights under any termination clause in this Subcontract. The effect of termination of the Subcontract hereunder will be to discharge both the Subcontractor and the Contractor from future performance of the Subcontract, but not from their rights and obligations existing at the time of termination.

**15.    Termination for Default**

If the Subcontractor fails to fulfill its obligations under this Subcontract properly and on time, or otherwise violates any provision of the Subcontract ("Breach"), the Contractor may terminate the Subcontract by written notice to the Subcontractor. The notice shall specify the acts or omissions relied upon as cause for termination. All finished or unfinished work provided by the Subcontractor shall, at the Contractor's option, become the Contractor's property. The Contractor shall pay the Subcontractor fair and equitable compensation for satisfactory performance prior to receipt of notice of termination, less the amount of damages caused by the Subcontractor's Breach. If the damages are more than the compensation payable to the Subcontractor, the Subcontractor will remain liable after termination and the Contractor can affirmatively collect damages.

**16.    Termination for Convenience**

The performance of work under this Subcontract may be terminated by the Contractor in accordance with this clause in whole, or from time to time in part, whenever the State shall determine that termination of the Contract is in the best interest of the State. The Contractor will pay all reasonable costs associated with this Subcontract that the Subcontractor has incurred up to the date of termination; provided, however, the Subcontractor shall not be reimbursed for any anticipatory profits that have not been earned up to the date of termination.

**17.    Delays and Extensions of Time**

17.1    The Subcontractor agrees to prosecute the work continuously and diligently and no charges or claims for damages shall be made by it for any delays, interruptions, interferences, or

7

hindrances from any cause whatsoever during the progress of any portion of the work specified in this Subcontract.

**18.    Suspension of Work**

The Contractor unilaterally may order the Subcontractor in writing to suspend, delay, or interrupt all or any part of its performance for such period of time as the Contractor has been ordered to suspend, delay, or interrupt performance by the State.

**19.    Documents Retention and Inspection Clause**

The Subcontractor shall retain and maintain all records and documents relating to this Subcontract for a period of five (5) years after final payment by the Contractor hereunder or any applicable statute of limitations or federal retention requirements (such as HIPAA), whichever is longer, and shall make them available for inspection and audit by authorized representatives of the Contractor or State, including the Contract Monitor or designee, at all reasonable times. All records related in any way to the Subcontract are to be retained for the entire time provided under this section. In the event of any audit, the Subcontractor shall provide assistance to the Contractor or State, without additional compensation, to identify, investigate, and reconcile any audit discrepancies and/or variances. This Section 24 shall survive expiration or termination of the Subcontract.

**20.    Right to Audit**

The Contractor or State reserves the right, at its sole discretion and at any time, to perform an audit of the Subcontractor's performance under this Subcontract. An audit is defined as a planned and documented independent activity performed by qualified personnel including but not limited to State and federal auditors, to determine by investigation, examination, or evaluation of objective evidence from data, statements, records, operations and performance practices (financial or otherwise) the Subcontractor's compliance with the Subcontract, including but not limited to adequacy and compliance with established procedures and internal controls over the Subcontract services being performed for the Contractor or State.

Upon three (3) Business Days' notice, the Subcontractor shall provide the Contractor or State reasonable access to their respective records to verify conformance to the terms of the Subcontract. The Department may conduct these audits with any or all of its own internal resources or by securing the services of a third-party accounting or audit firm, solely at the Department's election. The Department may copy, at its own expense, any record related to the services performed and provided under this Subcontract.

The Subcontractor, and any subcontractors, shall cooperate with Department and Department's designated accountant or auditor and shall provide the necessary assistance for the Department or Department's designated accountant or auditor to conduct the audit.

This Section shall survive expiration or termination of the Subcontract.

**21.     Compliance with Laws**

The Subcontractor hereby represents and warrants that:

21.1    It is qualified to do business in the State and that it will take such action as, from time to time hereafter, may be necessary to remain so qualified;

21.2    It is not in arrears with respect to the payment of any monies due and owing the State, or any department or unit thereof, including but not limited to the payment of taxes and employee benefits, and that it shall not become so in arrears during the term of this Subcontract;

21.3    It shall comply with all federal, State and local laws, regulations, and ordinances applicable to its activities and obligations under this Subcontract; and

21.4    It shall obtain, at its expense, all licenses, permits, insurance, and governmental approvals, if any, necessary to the performance of its obligations under this Subcontract.

**22.     Subcontracting; Assignment**

The Subcontractor may not subcontract any portion of the services provided under this Contract, nor may the Subcontractor assign this Subcontract or any of its rights or obligations hereunder, without the prior written approval of the Contractor; provided, however, that the Subcontractor may assign monies receivable under a contract after due notice to the Contractor.

**23.     Liability**

For breach of this Subcontract, negligence, misrepresentation, or any other contract or tort claim, the Subcontractor shall be liable as follows:

23.1    For infringement of patents, copyrights, trademarks, service marks, and/or trade secrets, as provided in Section 7 of this Subcontract;

23.2    Without limitation for damages for bodily injury (including death) and damage to real property and tangible personal property; and

23.3    For all other claims, damages, losses, costs, expenses, suits, or actions in any way related to this Subcontract, regardless of the form the Subcontractor's liability for third party claims arising under Section 10 of this Subcontract.

**24.     Commercial Nondiscrimination**

24.1    As a condition of entering into this Subcontract, the Subcontractor represents and warrants that it will comply with the State's Commercial Nondiscrimination Policy, as described at MD Code Annotated, State Finance and Procurement Article, Title 19. As part of such compliance, the Subcontractor may not discriminate on the basis of race, color, religion, ancestry or

9

national origin, sex, age, marital status, sexual orientation, sexual identity, genetic information or an individual's refusal to submit to a genetic test or make available the results of a genetic test or on the basis of disability or other unlawful forms of discrimination in the solicitation, selection, hiring, or commercial treatment of subcontractors, vendors, suppliers, or commercial customers, nor shall the Subcontractor retaliate against any person for reporting instances of such discrimination. The Subcontractor shall provide equal opportunity for subcontractors, vendors, and suppliers to participate in all of its public sector and private sector subcontracting and supply opportunities, provided that this clause does not prohibit or limit lawful efforts to remedy the effects of marketplace discrimination that have occurred or are occurring in the marketplace. The Subcontractor understands that a material violation of this clause shall be considered a material breach of this Subcontract and may result in termination of this Subcontract. This clause is not enforceable by or for the benefit of, and creates no obligation to, any third party.

25.   **Living Wage**

The Subcontractor is subject to the Living Wage law and all record requirements under COMAR 21.11.10.05.

26.   **Notices**

All notices hereunder shall be in writing and either delivered personally or sent by certified or registered mail, postage prepaid, as follows:

If to the Subcontractor:  Nkem Okeke, MD, President/CEO
Medicalincs, LLC
8757 Georgia Avenue, Suite #440
Silver Spring, MD 20910

If to the Contractor:     Teresa Titus-Howard, President/CEO
The Coordinating Center
8531 Veterans Highway, Third Floor
Millersville, MD 21108

27.   **Federal Department of Health and Human Services (DHHS) Exclusion Requirements**

The Subcontractor agrees that it will comply with federal provisions (pursuant to §§ 1128 and 1156 of the Social Security Act and 42 C.F.R. 1001) that prohibit payments under certain federal health care programs to any individual or entity that is on the List of Excluded Individuals/Entities maintained by DHHS. By executing this contract, the Subcontractor affirmatively declares that neither it nor any employee is, to the best of its knowledge, subject to exclusion. The Subcontractor agrees, further, during the term of this contract, at no cost to Contractor, to check the List of Excluded Individuals/Entities prior to hiring or assigning individuals to work on this Subcontract, and to notify the Contractor immediately of any

identification of the Subcontractor or an individual employee as excluded, and of any DHHS action or proposed action to exclude the Subcontractor or any Subcontractor employee. Subcontractor also agrees to check the Maryland Medicaid List of Excluded Providers and Entities and not hire or contract with individuals or entities appear as excluded and periodically check the website to determine the participation/exclusion status of current employees and contractors. Subcontractor shall meet the requirements of Federal and State Exclusion Screening at its own expense.

**28.    Compliance with Federal HIPAA and State Confidentiality Law**

28.1    The Subcontractor acknowledges its duty to become familiar with and comply, to the extent applicable, with all requirements of the federal Health Insurance Portability and Accountability Act (HIPAA), 42 U.S.C. § 1320d et seq., and implementing regulations including 45 C.F.R. Parts 160 and 164. The Subcontractor also agrees to comply with the Maryland Confidentiality of Medical Records Act (MCMRA), Md. Code Ann. Health- General §§ 4-301 et seq. This obligation includes:

- As necessary, adhering to the privacy and security requirements for protected health information and medical records under HIPAA and MCMRA and making the transmission of all electronic information compatible with the HIPAA requirements;

- Providing training and information to employees regarding confidentiality obligations as to health and financial information and securing acknowledgement of these obligations from employees to be involved in the Subcontract; and

- Otherwise providing good information management practices regarding all health information and medical records.

28.2    Based on the determination by MDH that the functions to be performed in accordance with the scope of work set forth in the solicitation constitute business associate functions as defined in HIPAA, the Subcontractor shall execute a business associate agreement as required by HIPAA regulations at 45 C.F.R. 164.501.

28.3    "Protected Health Information" as defined in the HIPAA regulations at 45 C.F.R. 160.103 and 164.501, means information transmitted as defined in the regulations, that is individually identifiable; that is created or received by a healthcare provider, health plan, public health authority, employer, life insurer, school or university, or healthcare clearinghouse; and that is related to the past, present, or future physical or mental health or condition of an individual, to the provision of healthcare to an individual, or to the past, present, or future payment for the provision of healthcare to an individual. The definition excludes certain education records as well as employment records held by a covered entity in its role as employer.

29. **Limited English Proficiency**

The Subcontractor shall provide equal access to public services to individuals with limited English proficiency in compliance with Md. Code Ann., State Government Article, §§ 10-1101 et seq., and Policy Guidance issued by the Office of Civil Rights, Department of Health and Human Services, and MDH Policy 02.06.07.

30. **Miscellaneous**

30.1   Any provision of this Subcontract which contemplates performance or observance subsequent to any termination or expiration of this Subcontract shall survive termination or expiration of this Subcontract and continue in full force and effect.

30.2   If any term contained in this Subcontract is held or finally determined to be invalid, illegal, or unenforceable in any respect, in whole or in part, such term shall be severed from this Subcontract, and the remaining terms contained herein shall continue in full force and effect, and shall in no way be affected, prejudiced, or disturbed thereby.

30.3   Subcontractor is an independent subcontractor of Contractor. Subcontractor is not an employee, servant, partner or joint venturer with Contractor. Subcontractor shall have no authority to act on behalf of or bind Contractor.

30.4   This Subcontract, including its exhibits, constitutes the entire agreement between the parties with respect to its subject matter, and it supersedes all prior oral or written agreements, commitments or understandings with respect to the matters provided for in the Subcontract.

30.5   Subcontractor shall not bill insurance, nor charge fees of any type or amount to clients, for the same services rendered to clients provided under the REM Program.

30.6   Neither the waiver by either of the parties of a breach of or default under any of the provisions of this Subcontract, nor the failure of either of the parties, on one or more occasions, to enforce any of the provisions of this Subcontract or to exercise any right or privilege hereunder shall thereafter be construed as a waiver of any subsequent breach default of the same or a similar nature, or as a waiver of any such provisions, rights or privileges.

30.7   Subcontractor services shall be performed in accordance with Contractor's requirements and URAC Case Management Accreditation standards.

30.8   Subcontractor shall immediately notify Contractor in writing of any material change in the contractor's ability to perform services under this Subcontract.

30.9   Subcontractor shall not use the name, symbols, trademarks, or service marks of Contractor's in advertising or promotional materials or otherwise without receiving the prior written approval of Contractor.

**IN WITNESS THEREOF**, the parties have executed this Subcontract as of the dates indicated by the executing signatures below.

**The Coordinating Center**

By: _____     Date: January 2, 2020
      Teresa Titus-Howard, President/CEO

**Medicalincs LLC**


By: _____     Date: ___12/30/2019_____
      Nkem Okeke, President/CEO

13

**Exhibit 1.**
**Scope of Work**

## I.    Solicitation

a.  Subcontractor shall perform all case management services in accordance with the Solicitation, including key performance indicators (KPIs) for REM Case Management Services as amended dated September 23, 2019 including the following sections from the Solicitation:

| | |
|---|---|
| 3.1 | Case Assignment |
| 3.2 | Assessment and Development of Case Management Plan |
| 3.3 | Implementation and Monitoring of the Case Management Plan |
| 3.4 | Coordination of REM Participant Services |
| 3.5 | REM Participant Case Transition and Closure |
| 3.6 | Case Management Administration |
| 3.7 | Reportable Events |
| 3.8 | Quality Improvement and Performance Measures |
| 3.9 | Contractor Evaluation |
| 3.10 | Conflict Free Case Management |
| 3.11 | Information Technology |
| 3.12 | Security Requirements |
| 3.13 | Information Security |
| 3.14 | Contingency/Disaster Recovery Plans |
| 3.15 | Incident Response Requirement |
| 3.16 | Problem Escalation Procedure |
| 3.17 | Contract Affidavit |
| 3.18 | Living Wage Affidavit |
| 3.19 | HIPAA – Business Associate agreement |

b.  **Scope of Work**

  i.   The Subcontractor will perform conflict-free case management services as defined by the Maryland Department of Health's REM Program solicitation.

  ii.  The Subcontractor shall be responsible for a caseload of approximately 365 REM Participants (and their Parent(s)/Legal Guardian(s)). Approximately, 10% of this caseload may include non-English speaking REM Participants (predominately Spanish-speaking). The Subcontractor shall provide translation services for non-English speaking REM Participants at no additional cost to Contractor.

  iii. The Subcontractor shall provide a team of up to seven (7) Case Managers (Clinical Care Coordinators) and one Team Manager. A REM Team Manager or Case Manager can be either a Registered Nurse or a licensed clinical Social Worker and is required to have the experience and knowledge to assist the REM Participant with accessing the best possible health care and services available. See staffing requirements below.

      iv. The Subcontractor shall maintain a ratio of one Case Manager to approximately 52-55 REM Participants.

      v. The Subcontractor shall meet all requirements of the REM Program as defined by the State of Maryland, this includes maintain monthly contact with every Participant (i.e., telephonic/email, and onsite visits based on level of care).

      vi. The Subcontractor shall document all contacts with REM Participants or providers associated with the REM Participant in the Maryland Department of Health's  LTSS Tracking System, which is web-based, and The Center's proprietary care management system, CARMA. Monthly documentation shall include an update on the REM Participant's current health status, any recent appointments attended, issues identified, and progress toward identified goals. The Participant's care management plan (i.e., client goals) and annual health assessment will be developed and updated by the Subcontractor's Clinical Care Coordinator.

      vii. The Subcontractor shall always be required to maintain competency and deliver case management services at all times hat meet or exceed The Coordinating Center's expectations, the State of Maryland requirements, and accreditation requirements (i.e., URAC).

**c.  Staffing Pattern**

      i. The Subcontractor shall employ up to seven (7) Case Managers (Clinical Care Coordinators) and one (1) Team Manager.

      ii. Subcontractor Team Manager and Case Managers are required to attend 100 percent of trainings held in February 2020 (and ongoing) and be ready to begin Case Management services on March 1, 2020.

**d.  Credential Requirements for Team Manager and Case Managers (Clinical Care Coordinators)**

      i. Licensed registered Nurse or a licensed Social Worker (LMSW or higher).

      ii. Have a nationally recognized certification in Case Management within two (2) years of employment (CCM or C-ASWCM).

      iii. Have at least two (2) years of experience in providing healthcare case management services to pediatric and/or adult REM Participants with complex medical needs.

**e.  Location and Training**

      i. The Subcontractor employees are required to receive on-site training at The Coordinating Center's headquarters in Millersville, Maryland

      ii. This will occur prior to contract commencement. Training is provided in a classroom setting and consists of in-person discussions as well as remote webinars.

      iii. Orientation to the REM program will consist of accompanying Case Managers/Clinical Care Coordinators on home visits to familiarize the Subcontractor with the variety of REM Participants and their needs while enrolled in the program.

      iv. The Coordinating Center will determine a set amount of time that the Subcontractor employees will be at The Coordinating Center's headquarters to assist with questions/concerns/monitor overall quality of Case Management Services.

15

f.  **Supervision**
Oversight of subcontracted services will be provided by The Coordinating Center's Contract Manager. The Contract Manager, REM Program Director and Program Manager are available for consultation during each business day.

g.  **Quality**
The Coordinating Center's Clinical Quality Improvement Manager, a registered nurse, will provide quality oversight of the quality performance indicators performed by the Subcontractor. Subcontractor staff shall be required to participate in operational, case management and quality meetings to review performance data.

h.  **Geographic Areas Served**
Contractor will make reasonable effort to refer REM Participants to Subcontractor within mutually agreed upon specified geographic locations; however, in order to meet Participant needs, broader geographic locations may require coverage upon mutual agreement.

**Exhibit 2.**
**Budget and Compensation**

<u>**Table 1. Payment to Subcontractor for Services**</u>

| CLIN | Services | Compensation |
|------|----------|--------------|
| 001 | Case Management Services: up to seven (7) Case Managers and one (1) Team Manager | Up to 8% of Contractor annual revenue as reconciled on annual basis. The Contractor will perform quarterly monitoring of Subcontractor services to compare against meeting projected annual revenue target of 8%. |

<u>**Table 1. Payment to Subcontractor for Services**</u>

A. Subcontractor shall not charge for services performed prior to the Go Live date, when REM Case Management service delivery under this Subcontract is expected to begin, on or about March 1, 2020.

B. Subcontractor shall invoice Contractor monthly by the 5th day of each month, for case management services performed during the prior month at the rate set forth above in Table 1 above.

C. Invoices shall include a detailed activity report by the 5th day of each month, for case management services, including number and level of clients served.

D. Contractor shall endeavor to pay Subcontractor by the 20th day of each month.

E. Subcontractor shall be responsible for all salaries, overhead and indirect costs incurred in performance of this agreement.

<u>**Table 2. Payment to Contractor**</u>

| CLIN | Services / Products | Cost/Fee |
|------|---------------------|----------|
| 001 | Administrative Fee – Includes required quality monitoring, reporting and URAC accreditation support, orientation and ongoing training of subcontractor staff, billing, accounting and payment reconciliation, as well as LTSS analysis and support. | Subcontractor shall pay Contractor a **fixed monthly** fee of $500.00 |
| 002 | Information Services, DPS Help Desk and MITEL  Phone Support | Subcontractor shall pay Contractor a **fixed monthly** fee of $350.00 |
| 003 | CARMA license Fees | Contractor shall invoice Subcontractor on an **annual** |

| | | basis for $362 per license. Not to exceed eight (8) licenses. |
|---|---|---|
| 004 | Supplies (e.g., letterhead, business cards, postage) | Contractor shall invoice Subcontractor on a **quarterly** basis, as needed |
| 005 | Client Survey Costs | Contractor shall invoice Subcontractor, on a **quarterly** basis as needed |

**Table 2. Payment to Contractor**

A.  Subcontractor shall pay Contractor for costs and services as  outlined in Table 2 above.

B.  Contractor shall invoice Subcontractor at the frequency outlined in Table 2 above.

D.  Subcontractor shall pay Contractor within thirty (30) days of receipt of invoice.