**EXHIBIT 2**



**THE COORDINATING CENTER**
*We Are Stronger Together.*

February 16, 2023

<u>Via Electronic Mail</u>
Dr. Nkem Okeke, President and CEO
Medicalincs, LLC
8757 Georgia Avenue, Suite 460
Silver Spring, MD 20910

RE: Subcontractor Agreement

Dear Dr. Okeke:

As per the Case Manager Subcontractor Agreement, fully executed on January 2, 2020, the initial period of performance ends on February 28, 2023.

The Coordinating Center seeks to renew the Subcontractor Agreement, including Modification No. 2 executed November 14, 2022, for a period of six months. Upon successful completion of this period of performance (to include all corrective actions identified via letter of concern in December 2022), The Center may renew this Subcontract every six months.

In WITNESS WHEREOF, the parties acknowledge continuation of Subcontractor Agreement and Modification No. 2:

_____          02/16/2023
Teresa Titus-Howard, President/CEO          Date
The Coordinating Center


_____          02/16/23
Nkem Okeke, President/CEO  Date             Date
Medicalincs, LLC




Main: 410.987.1048 | Fax: 410.987.1685
8531 Veterans Highway | 3rd Floor | Millersville, MD 21108
www.coordinatingcenter.org